IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| WILLIAM A BARNES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. |
| v. | : | 3:22-CV-102 (CAR) |
| | : | |
| MORGAN COUNTY SHERIFF, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER DISMISSING CASE

On November 16, 2021, the Court granted *pro se* Plaintiff William Barnes' motion to proceed *IFP* but dismissed his Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2).[1] In the Order, the Court provided Plaintiff thirty days to file a motion to amend his Complaint. Plaintiff did not file a motion to amend his Complaint, and the time in which to do so has expired. Thus, Plaintiff's Complaint is **DISMISSED.** The Clerk is **DIRECTED** to close the case.

**SO ORDERED**, this 5th day of January, 2023.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Order Granting Plaintiff's Motion to Proceed *IFP* and Dismissing Plaintiff's Complaint Without Prejudice, [Doc. 3].